UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
Simon,

       Plaintiff,

  -against-

Plaza Homes LLC, et al.,

       Defendant.
------------------------------------------------------X

ORDER OF RECUSAL
CV 07-555 (JS)

  The undersigned Magistrate Judge recuses herself from the above entitled case.

  IT IS ORDERED that the Clerk of Court reassign this case to another Magistrate Judge under random selection from the Long Island Wheel.

SO ORDERED

Dated: Central Islip, New York
   March 1, 2007

           /s/
         Arlene Rosario Lindsay
         United States Magistrate Judge

cc: Honorable Judge Seybert